**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01339-CR

**ELIJAH ZAVIER FINLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-56527-M**

## ORDER

The Court **REINSTATES** this appeal.

On April 3, 2013, we ordered the trial court to make findings why appellant's brief had not been filed. We **ADOPT** the findings that: (1) appellant desires to prosecute the appeal and he is indigent; (2) Deborah Farris is appellant's court-appointed counsel; and (3) court reporter Belinda Baraka has filed the reporter's record.

We consider the reporter's record filed on April 30, 2013 as timely filed.

We **ORDER** appellant to file appellant's brief within **THIRTY DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE